IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02406-BNB

ANTHONY OWENS,

    Applicant,

v.

JOE ORTIZ, Exec. Director, Colo. DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DENYING MOTION FOR STAY

Applicant Anthony Owens is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Owens has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also has filed a motion titled "Petitioner's Request for a Stay of the 28 U.S.C. Section 2254 Proceeding Pending Exhaustion of Remedies in a C.R.C.P. Rule 35(C) Motion for Postconviction Relief in the State Courts." For the reasons stated below, that motion will be denied.

Mr. Owens asks the court to stay the instant proceedings so that he may exhaust state court remedies for the unexhausted claims that he intends to raise in a postconviction motion in the state courts. The court has the authority to stay habeas corpus proceedings pending exhaustion of state court remedies under certain limited circumstances. **See *Rhines v. Weber*, 125 S. Ct. 1528 (2005).** However, those limited circumstances do not exist if the habeas corpus application is not a mixed petition

containing both exhausted and unexhausted claims. The only claims Mr. Owens asserts in his habeas corpus application are the claims for which he alleges state court remedies were exhausted on direct appeal. Therefore, on the face of the application, it does not appear that Mr. Owens has filed a mixed petition and there is no reason to stay the action to allow exhaustion of state court remedies. Accordingly, it is

ORDERED that "Petitioner's Request for a Stay of the 28 U.S.C. Section 2254 Proceeding Pending Exhaustion of Remedies in a C.R.C.P. Rule 35(C) Motion for Postconviction Relief in the State Courts" filed on November 28, 2005, is denied.

DATED at Denver, Colorado, this 13th day of January, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02406-BNB

Anthony Owens
Prisoner No. 56161
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/13/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk