IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 05-CV-02406-WDM-BNB

ANTHONY OWENS,

    Applicant,

v.

JOE ORTIZ, Exec. Director, Colorado D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondents.

## ORDER ON MOTION TO AMEND

Miller, J.

    This matter is before me on Applicant's "Motion to Amend To [sic] Brief on Claim Two" (Docket No. 38). Applicant seeks permission to "add, or summation too [sic] Claim Two" because he "feel[s] it will be of benefit to understanding Claim Two." As Applicant has articulated no concrete reason supporting a need for additional briefing on Claim Two and has had ample opportunity to address the claim, including a traverse (Docket No. 25), a response to the Respondents' supplemental briefing on Claim Two (Docket No. 34), and objections to the recommendation (Docket No. 36), I conclude that

PDF Final

additional briefing is not warranted at this time.  Accordingly, it is ordered that

Applicant's "Motion to Amend To [sic] Brief on Claim Two" (Docket No. 38) is denied.

DATED at Denver, Colorado, on December 4, 2008.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge