IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

CIVIL ACTION NO. 05-cv-02406-WDM-BNB

NOV 4 2009

GREGORY C. LANGHAM
_____ CLERK

Anthony Owens,

Petitioner,

vs.

Joe Ortiz, et al.,

Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 2nd day of November, 2009

BY THE COURT:

_____
United States Senior District Judge

CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the

following non C/M ECF participant on ___November 4, 2009___.

Denver District Court
1437 Bannock Street, Room 246
Criminal Division
Denver, Colorado 80202

_S/ Joseph O'Hara_____
Joe O'Hara
Deputy Clerk